**William S. GORDON, Plaintiff–Appellant,**

v.

**NYS DIVISION OF PAROLE; N.Y.P.D.; Timothy Russ, P.O. # 13417; Michael Pepe, Warden; Department of Corrections, N.Y.C.; State of New York, Defendants–Appellees.**

No. 00–0220.

United States Court of Appeals, Second Circuit.

July 11, 2001.

William Gordon, Wilton, NY, pro se.

A. Orli Spanier, Assistant Corporation Counsel; Kristin M. Helmers, of counsel, for Michael D. Hess, Corporation Counsel for the City of New York, New York, NY, for appellees.

Present MINER and LEVAL, Circuit Judges, and RAKOFF, District Judge.*

## SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be and it hereby is AFFIRMED.

Plaintiff appeals from an order of the district court granting summary judgment to defendants after plaintiff failed to respond in a timely way to defendants' motion for summary judgment. Plaintiff principally contends that the district judge should have granted his application to reopen the judgment. We disagree. Plaintiff's application, which we treat as a motion for relief from the judgment under Rule 60(b) of the Federal Rules of Civil Procedure, and which the district court received almost one month after the deadline for plaintiff's response to defendants' summary judgment motion, failed to set forth any indication that plaintiff had any

---

* The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.

answers to the defendants' compelling arguments for summary judgment.